UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ISLE NAVIGATION INC.,

        Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, GOLDEN TAI SHIPPING
LTD (HK), and SHANGHAI COSFAR INT'L
CO. LTD. a/k/a COSFAR

        Defendants.
------------------------------------------------------------X

Judge Pauley

08 CV 0230

08 CV --
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: January 11, 2008
       New York, NY

                                 The Plaintiff,
                                 ISLE NAVIGATION INC.

                                 By: _____
                                 Claurisse Campanale-Orozco (CC 3581)
                                 Thomas L. Tisdale (TT 5263)
                                 TISDALE LAW OFFICES, LLC
                                 11 West 42nd Street, Suite 900
                                 New York, NY 10036
                                 (212) 354-0025 – phone
                                 (212) 869-0067 – fax
                                 corozco@tisdale-law.com
                                 ttisdale@tisdale-law.com