UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISLE NAVIGATION INC.,

        Plaintiff,

    - against -

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, GOLDED TAI SHIPPING
LTD, a/k/a GOLDEN TAI SHIPPING LTD,
and SHANGHAI COSFAR INT'L CO. LTD.
a/k/a COSFAR

        Defendants.
------------------------------------------------------------X

08 CV 0230 (WP)
ECF CASE

## AMENDED AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                       )   ss: SOUTHPORT
County of Fairfield   )

    Claurisse Campanale Orozco, being duly sworn, deposes and says:

    1.    I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

### THE DEFENDANTS ARE NOT WITHIN THIS DISTRICT

    2.    I have attempted to locate the Defendants YONG HE SHIPPING (HK) LTD., PROSPER SHIPPING LIMITED, GOLDED TAI SHIPPING LTD. a/k/a GOLDEN TAI SHIPPING LTD, and SHANGHAI COSFAR INT'L CO. LTD. a/k/a COSFAR within this District. As part of my investigation to locate the Defendants within this District, I checked the telephone company information directory all area codes within the District, as well as the white

and yellow pages for New York listed on the Internet or World Wide Web, and did not find a listing for the Defendants. I also checked the New York State Department of Corporations' online database which showed no listing or registration for the Defendants. I was also unable to find any information to indicate that the Defendants have a general or managing agent within the District.

3. I submit that Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within the District subject to the jurisdiction of this Court.

## PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

5. Plaintiff further requests that this Court grant it leave to serve any additional garnishee(s) who may, upon information and belief, obtained in the course of this litigation, to be holding or believed to be holding, property of the Defendants, within this District. Obtaining leave of Court at this time to serve any later identified garnishee(s) will allow for prompt service of the Writ of Maritime Attachment and Garnishment without the need to present to the Court amended Process to add future identified garnishee(s).

## PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

6. Plaintiff also respectfully requests that the Court grant it leave, as set out in the accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served on a garnishee to be deemed effective and continuous service of process throughout any given day on which process is served through the next day, provided that process is served the next day, to authorize service of process via facsimile or e-mail following initial in personam service.

7. This is Plaintiff's second request for this relief made to any Court.

Dated: January 17, 2008
       Southport, CT

                                                                Claurisse Campanale-Orozco

Sworn and subscribed to before me
this 17th day of January 2008.

_____
Notary Public