**TISDALE LAW OFFICES, LLC**

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

New York, NY · Southport, CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

March 25, 2008

**Via Facsimile 212-805-6390**
Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re:   Isle Navigation Inc. v. Yong He Shipping (HK) Ltd., et al.
      Docket Number: 08 CV 0230

Dear Honorable Sir:

We write to provide the Court with the status of the above matter and to request an adjournment of the conference scheduled for Friday, April 4, 2008 at 11:45 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about January 18, 2008 an *ex parte* Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. Since that time, assets of the Defendants in the total sum of $289,191.00[1] have been attached pursuant to the *ex parte* Order. The Defendant has been notified of these attachments pursuant to Rule B.2 and has been served with all of the pleadings filed herein, including Your Honor's notice of the court conference. However, the Defendant has not yet appeared in the action.

Therefore, we respectfully request an adjournment of the initial conference another 60 days to give the Defendant time to appear in the action or otherwise contact the Plaintiff. The original date of the initial conference in this matter was February 15, 2008, which your Honor adjourned.

*The conference is adjourned to June 13, 2008 at 12:00 p.m.*

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
3/31/08

---

[1] The amount of assets attached is pursuant to two separate *ex parte* Orders issued against the Defendants in two separate cases.

We thank your Honor for your attention to this matter.

Respectfully submitted,

Claurisse Campanale Orozco

dk

2