USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ISLE NAVIGATION INC.,

        Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, GOLDED TAI SHIPPING
LTD a/k/a GOLDEN TAI SHIPPING LTD, and
SHANGHAI COSFAR INT'L CO. LTD.
a/k/a COSFAR

        Defendants.
------------------------------------------------------------X

08 CV 0230 (WP)
ECF CASE

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: June 17, 2008
New York, NY

The Plaintiff
ISLE NAVIGATION INC.

By: _____
Claurisse Campanale Orozco (CC3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 - PHONE
(212) 869-0067 - FAX
corozco@tisdale-law.com

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/17/08