# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
212-354-0025
FAX: 212-869-0067

TT@TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

ECF

JUN 11 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

June 11, 2008

**MEMO ENDORSED**

**By Hand**
Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

**Re:**     Isle Navigation Inc. v. Yong He Shipping (HK) Ltd., et al.
         Docket Number: 08 CV 0230

Dear Honorable Sir:

      We write to provide the Court with the status of the above matter and to request an adjournment of the conference scheduled for Friday, June 13, 2008 at 12:00 p.m.

      We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about January 18, 2008 an *ex parte* Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. We are currently in settlement negotiations with the Defendants and anticipate dismissing the matter within 30 days.

      Therefore, we respectfully request an adjournment of the initial conference for an additional 30 days allow the settlement negotiations to finalize. The original date of the initial conference in this matter was February 15, 2008, which your Honor adjourned. Should we finalize these negotiations sooner, we will advise your Honor and dismiss the case.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/23/08

The initial conference is adjourned to July 11, 2008 at 11:00 a.m.

We appreciate your Honor's indulgence in this matter.

Respectfully submitted,

Claurisse Campanale Orozco

dk